926

No. 82–1474.   HOOVER ET AL. *v.* RONWIN ET AL.   C. A. 9th Cir.   Motion of National Conference of Bar Examiners for leave to file a brief as *amicus curiae* granted.   Certiorari granted.   JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. 81–1946.   CLARK, DBA RICHARD CLARK CONSTRUCTION, ET AL. *v.* PADDACK ET AL., TRUSTEES.   C. A. 9th Cir. Certiorari denied.

No. 81–2209.   MCDOWELL ET UX., DBA MCDOWELL'S, ET AL. *v.* WESTERN WASHINGTON LABORERS-EMPLOYERS HEALTH & SECURITY TRUST FUND ET AL.   C. A. 9th Cir. Certiorari denied.

No. 82–889.   OVERHEAD DOOR COMPANY OF METROPOLITAN WASHINGTON *v.* WASHINGTON AREA CARPENTERS' WELFARE FUND ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 82–967.   ISENBERG *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 82–1039.   DUNN *v.* TEXAS.   Ct. App. Tex., 1st Sup. Jud. Dist.   Certiorari denied.

No. 82–1144.   AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, LOCAL 1968 *v.* FEDERAL LABOR RELATIONS AUTHORITY.   C. A. D. C. Cir.   Certiorari denied.

No. 82–1180.   DORANZO *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 82–1194.   DUNN *v.* TEXAS.   Ct. App. Tex., 14th Sup. Jud. Dist.   Certiorari denied.